# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| St. Louis – Kansas City Carpenters Regional Council et al, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Cecil Compton Constructions, LLC et al , )<br>)<br>Defendants. ) | Case No. 19-cv-1366-GCS |

## JUDGMENT IN A CIVIL ACTION

**SISON, Magistrate Judge:**

Pursuant to the parties' joint stipulation under Federal Rule of Civil Procedure 41(a)(1)(A) (Doc. 38), this case has been dismissed with prejudice with each party to bear its own costs.

IT IS SO ORDERED.

DATED: January 11, 2021

MARGARET M. ROBERTIE, Clerk of Court
*s/ Catina Simpson*
Deputy Clerk

Approved: *s/ Gilbert C. Sison*
Gilbert C. Sison, U.S. Magistrate Judge